## JENNINGS *v.* STATE VETERINARY BOARD.

1. STATE BOARDS — ATTORNEY GENERAL ONLY AUTHORIZED REPRESENTATIVE.

   The attorney general is the only authorized representative of the State veterinary board in mandamus proceedings to compel the issuance of a certificate of registration.

2. PHYSICIANS AND SURGEONS— REGISTERED VETERINARIANS— APPLICATION FOR REGISTRATION—TIME.

   Application for a certificate of registration as a veterinary surgeon having been made seasonably under Act No. 244;

   156 MICH.—27.

Pub. Acts 1907, it was competent for the State veterinary board to issue such certificate upon a showing of additional facts which had been omitted from the original application, and were, by permission of said board, made after the time fixed in the statute for such application had expired.

Mandamus by William G. Jennings to compel the State veterinary board to issue a certificate of registration. Submitted April 6, 1909. ( Calendar No. 23,299.) Writ granted April 24, 1909.

*Philip T. Van Zile,* for relator.

*John E. Bird,* Attorney General ( *Henry E. Chase* and *Arthur P. Hicks,* of counsel ), for respondent.

HOOKER, J. In this cause we are of the opinion (1) that the attorney general only is authorized to represent respondent; (2) that the only other question in the cause is whether the letters required by the statute (Act No. 244, Pub. Acts 1907) were seasonably filed.

The application was made in time, and was accompanied by letters, which omitted to state that the signers were stock raisers or that he had practiced for five years. The defect was corrected by letters filed early in January, 1908, at the suggestion of the board. The proceedings being seasonably commenced by filing the application and letters, we think it competent for the board to issue a certificate upon an additional showing as to these facts after January 1st.

Writ granted.

BLAIR, C. J., and GRANT, MCALVAY, and BROOKE, JJ., concurred.